

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACK R. VIGUE,

    Plaintiff,

v.                                                                     Civil Action No. **3:15CV25**

KEITH DAVIS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 10, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or relocated. On December 7, 2015, the United States Postal Service returned the Memorandum Order entered on November 25, 2015 to the Court marked, "RETURN TO SENDER," and "NOT DELIVERABLE AS ADDRESSED" because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Plaintiff's outstanding motions (ECF Nos. 11-15) will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                          /s/ M. Hannah Lauck
Date: DEC 29 2015                                          M. Hannah Lauck
Richmond, Virginia                                    United States District Judge